IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RAYFORD FAISON,

        Petitioner,

v.                                  CIVIL ACTION NO.  5:15-cv-08087

J. COAKLEY,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

On June 22, 2015, the Petitioner filed a *Petition for Writ of Habeas Corpus* (Document 1) pursuant to 28 U.S.C. § 2241.  By *Standing Order* (Document 4) entered on June 23, 2015, this action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On January 21, 2016, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 11) wherein it is recommended that the Petitioner's *Petition for Writ of Habeas Corpus* (Document 1) be dismissed and that that matter be removed from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by February 8, 2016.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.  The Court is not required to review, under a *de novo* or any other standard, the

1

factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Petitioner's *Petition for Writ of Habeas Corpus* (Document 1) be **DISMISSED** and that that matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Eifert, counsel of record, and any unrepresented party.

ENTER: February 16, 2016

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA